Guy T. HELVERING, Commissioner, etc., Petitioner, v. W. D. LINDAMAN.
SAME v. L. G. HOBERT.
SAME v. W. H. LANGLAS.
SAME v. O. C. HUNTER.
SAME v. George H. BURNS.
SAME v. George S. SMITH.
SAME v. Mrs. T. F. BURNS.
SAME v. W. B. KLINETOP.
SAME v. T. J. KEEFE.
SAME v. W. H. BRUNN, Trustee.
SAME v. Walter J. FLUENT.
SAME v. J. C. CAMPBELL.
SAME v. Gus O. MICHELL.
SAME v. A. M. BROUILLARD.
SAME v. Glenn S. MICHELL.
SAME v. C. M. HANSELL.
SAME v. J. H. McLEOD.
SAME v. J. A. KOEBRICH.
SAME v. P. L. BRYANT.

Nos. 10121–10139.

Circuit Court of Appeals, Eighth Circuit.
Oct. 4, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

J. C. Campbell, of Charles City, Iowa, for respondents.

PER CURIAM.

Petitions to review decisions of United States Board of Tax Appeals docketed and dismissed on motion of petitioner and consent of respondents.